**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TIMOTHY DANIELS
Reg. # 24703-009**

**VS.**                         **4:07CR00174-BRW
                                4:14CV00271-BRW**

**UNITED STATES OF AMERICA**

<u>**ORDER**</u>

Pending is Petitioner's second Motion to Vacate, Set Aside, or Correct Sentence under

28 U.S.C. § 2255 (Doc. No. 130).[1]

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255

requires that all successive § 2255 motions be certified by the appropriate court of appeals before

they are considered by the district courts.  Because Petitioner failed to obtain certification from

the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of

jurisdiction.[2]

Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 8th day of May, 2014.


                                        /s/ Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE

---

[1]The previous motion was denied partially on February 12, 2012, and denied completely on
March 7, 2012.  The orders were affirmed by the Court of Appeals for the Eighth Circuit on July 25,
2012.

[2]*Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).