## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TIMOTHY DANIELS**
Reg. # 24703-009

VS.                                4:07CR00174-BRW
                                   4:14CV00320-BRW

**UNITED STATES OF AMERICA**

### ORDER

Pending is Petitioner's second Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 133).[1]

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts. Because Petitioner failed to obtain certification from the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of jurisdiction.[2]

Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 28th day of May, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The previous motion was denied partially on February 12, 2012, and denied completely on March 7, 2012. The orders were affirmed by the Court of Appeals for the Eighth Circuit on July 25, 2012. Another successive motion was denied on May 8, 2014.

[2] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).