# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TIMOTHY DANIELS**
Reg. # 24703-009

VS.          4:07CR00174-BRW
                 4:14CV00320-BRW

**UNITED STATES OF AMERICA**

## ORDER

Pending is Petitioner's Motion for Reconsideration (Doc. No. 136) of the May 28, 2014 order denying his habeas motion because it was successive and he had not obtained certification from the Court of Appeals for the Eighth Circuit.[1]

The Motion is DENIED.

IT IS SO ORDERED this 16th day of June, 2014.

                                 /s/Billy Roy Wilson
                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 134.